# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 23-cr-160 (37) (NEB/JFD) |
| v. | Date: May 9, 2025 |
| | Courthouse: Minneapolis |
| LENEAL FRAZIER, | Courtroom: 13W |
| | Court Reporter: Matt Moss |
| Defendant. | Time Commenced: 1:35 p.m. |
| | Time Concluded: 2:15 p.m. |
| | Time in Court: 40 minutes |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Brian Toder, CJA Appointed Attorney

☒ **Sentencing.**
☒ Defendant's motion at ECF 1959 is denied as moot as stated on the record.
☒ Paragraphs 2 and 3 of the PSR shall be amended as stated on the record.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 11s | X | 150 months | 5 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Counts 12s-14s are dismissed on motion by the Government.
☒ Special assessment in the amount of $100.00 due immediately.
☒ ECF no. 1959 shall remain restricted unless otherwise ordered by the Court. ECF 1666-1667 shall remain restricted until 5/9/30 (5 years).
☒ Defendant is remanded to the custody of the USM.

Date: May 9, 2025

                                                s/Kristine Wegner
                                                Courtroom Deputy to Judge Nancy E. Brasel